**ORIGINAL**

FILED

08/08/2017

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0120

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. PR 06-0120

FILED

AUG 0 8 2017

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

| | |
|---|---|
| CITY OF MISSOULA, | ) |
| | ) |
| Plaintiff and Appellee, | ) |
| | ) |
| v. | )  ORDER |
| | ) |
| TERRY J. SULLIVAN, | ) |
| | ) |
| Defendant and Appellant. | ) |

Terry James Sullivan has asked that the Honorable John Larson be disqualified for cause from presiding over Missoula County Cause No. DC-17-34, pursuant to § 3-1-805, MCA. Sullivan has filed an affidavit in support of his request.

Section 3-1-805, MCA, requires that the affidavit in support of a request to disqualify a district judge for cause must allege facts showing personal bias by the presiding judge, and § 3-1-805(1)(b), MCA, provides that an affidavit will be deemed not to have been made in good faith if it is based solely on rulings in the case which can be addressed in an appeal from the final judgment. Sullivan's affidavit relates to rulings and actions by Judge Larson in the present case.

IT IS ORDERED that the request for disqualification of Judge Larson pursuant to § 3-1-805, MCA, is DENIED and DISMISSED.

The Clerk of this Court is directed to provide copies of this Order to the Clerk of Court of Missoula County for immediate notification to Terry J. Sullivan, all counsel of record in Missoula County Cause No. DC-17-034, and the Honorable John Larson.

DATED this 8th day of August, 2017.

_____
Chief Justice